UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| JOHNNIE JOY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No.  2:11-cv-2716-JTF/tmp |
| | ) |
| METROPOLITAN LIFE INSURANCE | ) |
| COMPANY, | ) |
| | ) |
| Defendant. | ) |

**ORDER OF DISMISSAL**

Before the Court is the parties' Stipulation of Dismissal with Prejudice of this action filed on December 20, 2012.  DE [34] Accordingly, the Court Orders this matter dismissed with prejudice pursuant to Fed. R. Civ. P. 41.  As agreed in the Stipulation of Dismissal, the parties will bear their own costs and expenses.

It is SO ORDERED, on this 20th day of December, 2012.

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.
UNITED STATES DISTRICT JUDGE